| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth, Esq.<br>Peter O. Larsen, Esq.<br>Raye Elliott, Esq.<br>AKERMAN LLP<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Email:  steven.wirth@akerman.com<br>            peter.larsen@akerman.com<br>            raye.elliott@akerman.com<br><br>*Counsel to Plaintiff / Plan Administrator* | **Order Filed on October 21, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF REVENUE, an agency of the State of Illinois,<br><br>            Defendant. | Adversary No. 25-01183 (VFP) |

**DATED: October 21, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

83468683;1

(Page 2)
Debtors:         20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:        23-13359 (VFP)
Adv. Proc.:      Goldberg v. Illinois Department of Revenue, 25-01183 (VFP)
Caption of Order: Stipulation and Consent Order

# STIPULATION AND CONSENT ORDER

The relief set forth on the following pages, numbered three (3) through nine (9), is hereby

**ORDERED.**

83468683;1

(Page 3)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Illinois Department of Revenue, 25-01183 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

This Stipulation and Consent Order (the "Stipulation") is made by and between the Illinois Department of Revenue (the "Department") and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliated debtors (the "Debtors" or the "Wind-Down Debtors"), including, as applicable, by and through their duly undersigned counsel.

**WHEREAS,** on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Court.

**WHEREAS,** the Debtors' Chapter 11 cases have been procedurally consolidated.

**WHEREAS,** on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 5841] (the "Bar Date Order").

**WHEREAS,** the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "General Bar Date") and October 20, 2023 as the date by which Claims by governmental units against the Debtors must be filed (the "Governmental Bar Date").

**WHEREAS**, on September 14, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming*

83468683;1

(Page 4)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Illinois Department of Revenue, 25-01183 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

*the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 21721] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 21601] (as amended, the "Plan").

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[1]

**WHEREAS,** Debtors Bed Bath & Beyond, Inc., Buy Buy Baby, Inc., and Bed Bath & Beyond of California Limited Liability Company scheduled a claim for the Department in the amount of $0.00 (the "Scheduled Claims").[2]

**WHEREAS,** the Department filed the following proofs of claim (the "Filed Claims" and, together with the Scheduled Claims, the "Illinois Claims") against Debtor Bed Bath & Beyond, Inc. for Illinois business income tax due for tax years ending February 28, 2018 and February 28, 2019:

| **Claim No.** | **Date Filed** | **Debtor** | **Amount/Priority** |
|---|---|---|---|
| | | | |

---

[1] *See* Plan, Article IX, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").

[2] *See* Schedules 5271467, 5271468, 5272858, 5272859, 5270286, 5270287.

83468683;1

(Page 5)

Debtors: 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.: 23-13359 (VFP)
Adv. Proc.: Goldberg v. Illinois Department of Revenue, 25-01183 (VFP)
Caption of Order: Stipulation and Consent Order

| 17706 | 10/6/2023 | Bed Bath & Beyond, Inc. | $769,756.18 (GUC) |
| 18004 (amended Claim 17706) | 10/20/2023 | Bed Bath & Beyond, Inc. | $769,756.18 (679,247.83 Priority) ($90,508.35 GUC) |

**WHEREAS,** prior to the Petition Date the Debtors overpaid business income tax to the Department in the amount of $675,023 (the "Overpayment") for tax year ending February 28, 2022, which Overpayment is being held by the Department.

**WHEREAS,** on April 23, 2025 the Plan Administrator filed an adversary complaint against the Department styled *Michael Goldberg as Plan Administrator to 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc., et. al. v. Illinois Department of Revenue* which was designated Adversary Proceeding Number 23-01183-VFP (the "Adversary Proceeding").

**WHEREAS**, the Parties have agreed upon the terms set forth in this Stipulation.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1. The recitals set forth above are hereby made an integral part of the Parties' Stipulation and are incorporated herein.

2. The Parties agree that the correct and total amount of Illinois business income tax owed by the Debtors for tax years ending February 28, 2018 and February 28, 2019 is $439,460.00 (the "Tax Liability").

83468683;1

(Page 6)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Illinois Department of Revenue, 25-01183 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

3.  The Department shall setoff 67% of the Tax Liability in the amount of $294,430.20 (the "Setoff Amount") against the Overpayment.

4.  The Department shall refund the remaining amount of the Overpayment, after deduction of the Setoff Amount, in the amount of $380,584.80 (the "Refund Amount"), plus interest at the statutory rate from January 17, 2023 until the Department issues a warrant for the Refund Amount to the Comptroller to remit the refund check. The Department shall issue a warrant to the Comptroller for the Refund Amount within thirty (30) days of entry of this Stipulation and Consent Order by the Court. The Refund Amount shall be mailed to the Debtors at P.O. Box 1596, Union, NJ 07083.

5.  Claim 17706 shall be deemed superseded by Claim 18004 and shall receive no distribution.

6.  Claim 18004 shall be allowed in the amount of $145,021.80 (the "Illinois Allowed Priority Tax Claim") as an Allowed Priority Tax Claim (as that term is defined in the Plan). All remaining amounts of Claim 18004 are disallowed. Payment of the Illinois Allowed Priority Tax Claim will be made *pro rata* with all other Allowed Priority Tax Claims. Allowed Priority Tax Claims may be paid in regular monthly installments over five years in accordance with 11 U.S.C. § 1129(a)(9)(c). (*See* Plan, Article II.A.) However, payment on account of Allowed Administrative Claims and Allowed Priority Tax Claims (as well as Allowed Other Priority Claims (Class 1), and Allowed Other Secured Claims (Class 2)) is limited to (a) first, the funds in the Combined

83468683;1

(Page 7)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Illinois Department of Revenue, 25-01183 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

Reserve;[3] and (b) second, the availability of funds under the Plan's Sharing Mechanism in the Waterfall Recovery (as defined in the Plan).

7. Upon receipt of the Refund Amount in good and sufficient funds, the Plan Administrator shall file a notice of voluntary dismissal of the Adversary Proceeding.

8. This Stipulation resolves (i) all of the Illinois Claims (whether Secured, Unsecured, Priority, or Administrative) including but not limited to all claims for Illinois business tax against the Debtors and their estates, the Debtors-in-Possession, the Wind Down Debtors and/or the Plan Administrator; (ii) any and all claims, demands, assessments, or liabilities for any tax, interest, penalty or other obligation of the Department against the Debtors and their estates, the Debtors-in-Possession, the Wind Down Debtors and/or the Plan Administrator for taxable periods ending on or before entry of this Stipulation and Consent Order by the Court; and (iii) the Adversary Proceeding.

9. The Plan Administrator and his agents and any third parties are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation. Kroll Restructuring Administration, LLC is authorized to adjust the official claims register to reflect the disposition of the Filed Claims and the Scheduled Claims, including the adjustment of Claim 18004 pursuant to

---

[3] The Plan provides, "The Combined Reserve shall be used to pay Holders of all Allowed Other Priority Claims, Allowed Priority Tax Claims, Allowed Administrative Claims (other than Professional Fee Claims or Allowed DIP Claims), and Allowed Other Secured Claims their respective Pro Rata share of the Combined Reserve, to the extent that such Other Priority Claims, Priority Tax Claims, Administrative Claims (other than Professional Fee Claims or Allowed DIP Claims), and Allowed Other Secured Claims have not been paid in full on or before the Effective Date." Plan, Article VIII.B. The Plan further provides, "Any contrary provision hereof notwithstanding, Allowed Other Priority Claims, Allowed Priority Tax Claims, Allowed Administrative Claims (other than Professional Fee Claims or Allowed DIP Claims), and Allowed Other Secured Claims shall, unless otherwise provided for in the DIP Budget, be paid exclusively from (i) the Combined Reserve or WARN Reserve as applicable, and (ii) Distributable Proceeds to the extent available from the Waterfall Recovery." Plan, Article IV.C. The WARN Reserve was $0.00 prior to the Effective Date; therefore, no WARN Reserve was turned over to the Plan Administrator.

83468683;1

(Page 8)
Debtors: 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.: 23-13359 (VFP)
Adv. Proc.: Goldberg v. Illinois Department of Revenue, 25-01183 (VFP)
Caption of Order: Stipulation and Consent Order

paragraph 6 above, referenced in this Stipulation without any further order from the Court or action by the parties.

10. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

11. Each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

12. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of this Stipulation and Consent Order by the Court.

13. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

14. The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

15. Each party shall bear its own fees and costs in connection with the Stipulation to date. In the event that either party must seek enforcement of the Stipulation, the prevailing party is entitled to payments of its attorneys' fees and costs.

**AKERMAN LLP**

By: /s *Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Peter O. Larsen, Esq.
Email: peter.larsen@akerman.com
Raye C. Elliott, Esq.
Email: raye.elliott@akerman.com

**OFFICE OF THE ILLINOIS ATTORNEY GENERAL**

By: /s/ *Robert O. Lynch*
Robert O. Lynch, Esq.
Senior Assistant Attorney General
Revenue Litigation Bureau
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-5195

83468683;1

(Page 9)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Illinois Department of Revenue, 25-01183 (VFP) |
| Caption of Order: | Stipulation and Consent Order |

| | |
|---|---|
| 401 East Jackson Street, Suite 1700<br>Tampa, Florida 33602<br>Telephone: (813) 223-7333<br>Facsimile: (813) 223-2837<br><br>*Counsel for the Plan Administrator* | Email: Robert.Lynch2@illinois.gov<br><br>*Counsel for the Illinois Department of Revenue* |

83468683;1