Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Bed Bath & Beyond Inc.
Debtor

Case No.: 23–13359–VFP
Chapter 11

Michael Goldberg
Plaintiff

v.

Illinois Department of Revenue
Defendant

Adv. Proc. No. 25–01183–VFP                              Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 21, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 16 – 15
Stipulation and Consent Order (related document:15 Stipulation Between Michael Goldberg and Illinois Department of Revenue, re:Complaint filed by Steven R. Wirth on behalf of Michael Goldberg. filed by Plaintiff Michael Goldberg).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/21/2025 (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 21, 2025
JAN: jf

Jeanne Naughton
Clerk